Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−10446−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Mercedes J. Marte
1610 Walden Street
Teaneck, NJ 07666

Social Security No.:
xxx−xx−1524

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 4/25/19 at 10:00 AM

to consider and act upon the following:

*108* − Creditor's Certification of Default (related document:81 Order (Generic)) filed by Sherri Jennifer Smith on behalf of WELLS FARGO BANK, N.A.. Objection deadline is 03/21/2019. (Attachments: # 1 Proposed Order # 2 Attorney Certification # 3 Certificate of Service # 4 Exhibit A) (Smith, Sherri)

*111* − Certification in Opposition to (related document:108 Creditor's Certification of Default (related document:81 Order (Generic)) filed by Sherri Jennifer Smith on behalf of WELLS FARGO BANK, N.A.. Objection deadline is 03/21/2019. (Attachments: # 1 Proposed Order # 2 Attorney Certification # 3 Certificate of Service # 4 Exhibit A) filed by Creditor WELLS FARGO BANK, N.A.) filed by Russell L. Low on behalf of Mercedes J. Marte. (Low, Russell)

Dated: 3/22/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court