UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Toyota Motor Credit Corporation

In Re:
    Mercedes J. Marte,

Debtor.

**Order Filed on April 2, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.: 15-10446 JKS

Adv. No.:

Hearing Date: 2/28/19 @ 10:00 a.m.

Judge: John K. Sherwood

# ORDER RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: April 2, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor:  Mercedes J. Marte
Case No:  15-10446 JKS
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation, Denise Carlon appearing, upon a motion to vacate the automatic stay as to 2010 Lexus GX 460, VIN: JTJJM7FX5A5013768, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Russell Low, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of March 8, 2019, Debtors are due for the payment due February 1, 2019; and

It is **ORDERED, ADJUDGED and DECREED** that the $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00 is to paid to Secured Creditor outside the plan;

It is further **ORDERED, ADJUDGED and DECREED** that regular ~~mortgage~~ payments are to resume February 1, 2019, directly to Secured Creditor TMCC P.O. Box 5855 Carol Stream, IL 60197-5855; and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

. It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.