| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on January 13, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    MERCEDES J. MARTE | Case No.:  15-10446 JKS<br><br>Hearing Date:  1/9/2020 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

DATED: January 13, 2020

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): MERCEDES J. MARTE

Case No.: 15-10446

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 01/09/2020 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must pay off Chapter 13 case by 1/23/2020 or the case will be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:  
Mercedes J. Marte  
       Debtor

Case No. 15-10446-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 13, 2020  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2020.  
db         +Mercedes J. Marte,    1610 Walden Street,    Teaneck, NJ 07666-6123

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                                           Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2020 at the address(es) listed below:

        Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
        Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
         dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Francesca Ann Arcure    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION  
         NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
        Jerome B. Blank    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
        John D. Krohn    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
        Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation  
         kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Kevin P. Diskin    on behalf of Creditor    TOYOTA MOTOR CREDIT CORPORATION  
         NJ_ECF_Notices@McCalla.com  
        Marie-Ann  Greenberg    magecf@magtrustee.com  
        Melissa N. Licker    on behalf of Creditor    Toyota Motor Credit Corporation  
         NJ_ECF_Notices@mccalla.com  
        Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A.  
         nj.bkecf@fedphe.com  
        Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
        Robert  Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
        Russell L. Low    on behalf of Trustee Marie-Ann  Greenberg rbear611@aol.com,  
         ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
        Russell L. Low    on behalf of Debtor Mercedes J. Marte rbear611@aol.com,  
         ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
        Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,  
         nj.bkecf@fedphe.com  
                                                                                                              TOTAL: 15